Case 1:23-cr-20080-BB   Document 6   Entered on FLSD Docket 02/22/2023   Page 1 of 6

FILED by ___MM___ D.C.

Feb 21, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20080-CR-BLOOM/OTAZO-REYES

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2252(a)(1) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

THEODORE NOYCE,
    a/k/a/ "Everstoicbard,"

    Defendant.
    _____/

## INDICTMENT

The Grand Jury charges that:

### Count 1
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

Beginning in and around March 2022, and continuing through on or about February 7, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**THEODORE NOYCE,**
a/k/a "Everstoicbard,"

did use, persuade, induce, entice, and coerce a minor, that is, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce and was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and was actually transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## Count 2
### Transportation of Child Pornography
### (18 U.S.C. § 2252(a)(1) and (b)(1))

On or about February 7, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**THEODORE NOYCE,**
a/k/a/ "Everstoicbard,"

did knowingly transport a visual depiction, using a means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## Count 3
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

Beginning in and around September 15, 2021, and continuing through on or about February 7, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**THEODORE NOYCE,**
a/k/a/ "Everstoicbard,"

did knowingly possess matter, which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in

2

violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **THEODORE NOYCE,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251 or 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the following:

3

    (i)    one (1) Samsung Galaxy S10, serial number: R58M72Z8QGT;

    (ii)    one (1) Dell Laptop, serial number: HHVPZH3; and

    (iii)    one (1) WD Elements Hard Drive, serial number: WXV1AC8FYJN8.

All pursuant to Title 18, United States Code, Section 2253(a) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

[signature]

FOREPERSON

[signature]
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

[signature]
MICHAEL BRENNER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

THEODORE NOYCE,

_____/
**Defendant.**

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

**Court Division** (select one)
- ☑ Miami  ☐ Key West  ☐ FTP
- ☐ FTL  ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes, Magistrate Case No. **23-mj-02232-LMR**

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of **February 7, 2023**

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
MICHAEL BRENNER
Assistant United States Attorney
FL Bar No.      1011238

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** THEODORE NOYCE

**Case No:** _____

Count 1:

Production of Child Pornography

Title 18, United States Code, Sections 2251(a) and (e)
* Max. Term of Imprisonment: 30 years
* Mandatory Min. Term of Imprisonment (if applicable): 15 years
* Max. Supervised Release: 5 years
* Max. Fine: $250,000

Count 2:

Transportation of Child Pornography

Title 18, United States Code, Sections 2252(a)(1) and (b)(1)
* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): 5 years
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Count 3:

Possession of Child Pornography

Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2)
* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.